Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.—

Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.